UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
:
NORMAN IVERS, :
:
Plaintiff, : 20-CV-9738 (JMF)
:
-v- :
:
DUNKIN' BRANDS GROUP, INC., et al., :
:
Defendants. :
:
---------------------------------------------------------------------------X
:
TA'MEEKA DAVIS, :
:
Plaintiff, : 20-CV-9904 (JMF)
:
-v- :
: ORDER
DUNKIN' BRANDS GROUP, INC., et al., :
:
Defendants. :
:
---------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 19, 2020, Plaintiff Norman Ivers filed a complaint in 20-CV-9738, which alleges violations of Sections 14(d), 14(e), and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 14d-9, promulgated thereunder. On November 24, 2020 Plaintiff Ta'Meeka Davis filed a similar complaint in 20-CV-9904.[1] No motion for consolidation has been filed, but 20-CV-9904 has been accepted by the Court as related to 20-CV-9738, and the cases appear to involve common questions of law and fact.

---

[1] Yet another similar complaint was filed in *Anselmo v. Dunkin' Brands Group Inc.*, 20-CV-9792 (JMF).

Accordingly, it is hereby ORDERED that the parties in each case are directed to file letters no later than **December 7, 2020**, not to exceed three pages each, indicating their views on whether the cases should be consolidated. If the parties do not file letters opposing consolidation, the Court may consolidate the two cases without further notice to the parties. It is further ORDERED that Plaintiffs shall promptly serve a copy of this Order on each Defendant and promptly file proof of such service.

SO ORDERED.

Dated: November 30, 2020
New York, New York

JESSE M. FURMAN
United States District Judge