UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

NORMAN IVERS, et al.,

                Plaintiffs,

      -v-

DUNKIN' BRANDS GROUP, INC., et al.,

               Defendants.

-------------------------------------------------------------------X

20-CV-9738 (JMF)
20-CV-9792 (JMF)
20-CV-9904 (JMF)
20-CV-10138 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 19, 2020, Plaintiff Norman Ivers filed a complaint in 20-CV-9738,[1] which alleges violations of Sections 14(d), 14(e), and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 14d-9, promulgated thereunder.  Similar complaints were filed by Plaintiff Kevin Anselmo on November 20, 2020 in 20-CV-9792 (JMF); by Plaintiff Ta'Meeka Davis on November 24, 2020 in 20-CV-9904 (JMF); and by Plaintiff Cheryl Cafe on December 2, 2020 in 20-CV-10138.  In each case, the Court ordered the parties to file letters no later than December 7, 2020 indicating their views on whether the cases should be consolidated and noted that the Court might consolidate the cases without further notice if the parties did not oppose consolidation.  *See* ECF Nos. 4, 5, 6.  On December 7, 2020, Cafe filed a letter indicating that she did not oppose consolidation.  *See* 20-CV-10138, ECF No. 6.  No other party indicated their views in response to the Court's orders, or otherwise opposed consolidation.

In light of that, and because the actions involve common questions of law and fact, it is hereby ORDERED that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the four cases are consolidated under the case number 20-CV-9738 (JMF). The Clerk of Court is directed to consolidate 20-CV-9738 (JMF), 20-CV-9792 (JMF), 20-CV-9904 (JMF), and 20-CV-10138 (JMF) under case number 20-CV-9738 (JMF), and to close 20-CV-9792 (JMF), 20-CV-9904 (JMF), and 20-CV-10138 (JMF).  **All future filings should be in 20-CV-9738 (JMF) alone.**

      SO ORDERED.
Dated: December 8, 2020
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

---

[1]     Unless otherwise noted, docket references are to 20-CV-9738.