UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NORMAN IVERS, et al.,                                                    :
:     20-CV-9738 (JMF)
                              Plaintiffs,                                :
:     ORDER
       -v-                                                               :
:
DUNKIN' BRANDS GROUP, INC., et al.,                                      :
:
                              Defendants.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has reason to believe that this consolidated case may now be moot. *See, e.g.*, ECF No. 1 ¶¶ 4-5 (seeking to enjoin Defendants from closing on a tender offer set to expire on December 14, 2020); Dunkin Brands Group, Inc., Tender Offer Statement (Schedule TO) (Dec. 15, 2020). If any party believes otherwise and objects to dismissal on that basis, it shall advise the Court by **January 12, 2021**. If the Court does not receive an objection by that date, it will dismiss the case as moot without further notice to the parties.

      SO ORDERED.

Dated: January 5, 2021
      New York, New York              _____
                                              JESSE M. FURMAN
                                          United States District Judge