UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN IVERS,<br><br>   Plaintiff,<br><br> v.<br><br>DUNKIN' BRANDS GROUP, INC., NIGEL TRAVIS, DAVID HOFFMANN, RAUL ALVAREZ, LINDA BOFF, IRENE CHANG BRITT, ANTHONY DINOVI, MICHAEL HINES, MARK NUNNELLY, CARL SPARKS, and ROLAND SMITH,<br><br>   Defendants. | Case No.  1:20-cv-09738-JMF |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), consolidated plaintiff Cheryl Café ("Plaintiff") voluntarily dismisses the claims in the above-captioned consolidated action (the "Action").  This notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment.

Dated:  January 12, 2021

                   WEISSLAW LLP

                   By  /s/ Richard A. Acocelli
                   Richard A. Acocelli
                   1500 Broadway, 16th Floor
                   New York, New York 10036
                   Telephone: (212) 682-3025
                   Facsimile: (212) 682-3010
                   Email: racocelli@weisslawllp.com

                   *Attorneys for Plaintiff*

The Clerk of Court is directed to terminate Cheryl Cafe as a plaintiff and close this case.

SO ORDERED.

[signature]

January 13, 2021